## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| George Johnson | : | |
| | : | |
| v. | : | No. 134 C.D. 2013 |
| | : | |
| Lansdale Borough and Lansdale | : | |
| Borough Civil Service Commission, | : | |
| Appellants | : | |

# **O R D E R**

NOW, April 18, 2018, having considered appellants' application for reargument and appellee's answer in response thereto, the application is denied.

_____
MARY HANNAH LEAVITT,
President Judge